IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ELICEO GUEVARA                                                      PLAINTIFF

v.                              Case No. 5:17-CV-5081

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                      DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 17) from United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 16th day of April, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE